## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CLAUDE MAYO CONSTRUCTION COMPANY, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No. 15-1263C |
| | ) | **(Judge Kaplan)** |
| **THE UNITED STATES,** | ) ) | |
| **Defendant.** | ) | |

### WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Barclay Damon LLP and Nicholas J. DiCesare, Esq., (collectively, "Counsel") respectfully withdraw their motion seeking to withdraw as counsel for Plaintiff Claude Mayo Construction Company, Inc. ("CMCC").

Following the filing of the motion and the Government's response, CMCC's principal, Claude Mayo, contacted Counsel indicating that he wished to conclude the matter by agreeing to finalize the settlement that the parties had previously reached. Counsel and the Government's attorney have since taken steps to conclude the settlement.

**WHEREFORE**, Counsel respectfully withdraws their motion to withdraw as counsel to CMCC and expect to be concluding this matter in the near term.

Respectfully submitted,
December 16, 2019

s/ Nicholas J. DiCesare
NICHOLAS J. DICESARE
BARCLAY DAMON LLP
The Avant Building
200 Delaware Avenue, Suite 1200
Buffalo, New York  14202
Tel:  (716) 566-1524
Email:  NDiCesare@barclaydamon.com

19735054.1