# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLAUDE MAYO CONSTRUCTION COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. ) | No. 15-1263C<br>(Judge Kaplan) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court of Federal Claims, the parties hereby stipulate to the dismissal of this case with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Martin F. Hockey
MARTIN F. HOCKEY
Deputy Director

| | |
|---|---|
| s/ Nicholas J. DiCesare<br>NICHOLAS J. DICESARE<br>Partner<br>BARCLAY DAMON LLP<br>The Avant Building<br>200 Delaware Avenue<br>Suite 1200<br>Buffalo, NY 14202<br>Tel: (716) 566-1524<br>Fax: (716) 566-4069<br>Email: NDiCesare@barclaydamon.com<br><br>Attorney for Plaintiff | s/ Russell J. Upton<br>RUSSELL J. UPTON<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-3634<br>Fax: (202) 514-7965<br>Email: Russell.J.Upton@usdoj.gov<br><br>OF COUNSEL<br><br>JUSTIN HAWKINS |

Assistant General Counsel
                                            Office of the General Counsel
                                            General Services Administration
                                            1800 F Street, N.W.
                                            Washington, D.C. 20405
                                            Tel: (202) 969-7066
                                            Fax: (202) 501-1944
                                            Email: justin.hawkins@gsa.gov

December 30, 2019                           Attorneys for Defendant